UNITED STATES of America,
Plaintiff–Appellee,

v.

Elizabeth MURDEN, Defendant–
Appellant.

No. 01–7452.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Elizabeth Murden, pro se. Darryl James Mitchell, Special Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Elizabeth W. Murden appeals from the district court's order denying her request to revoke or amend her sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Murden*, No. CR–98–83 (E.D. Va. filed July 11, 2001; entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert Allen TAYLOR, Defendant–
Appellant.

No. 01–7525.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Robert Allen Taylor, pro se. Joseph Lee Evans, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Robert Allen Taylor appeals from the district court's order denying his motion filed under Fed.R.Crim.P. 35(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Taylor*, No. CR–99–567–S (D.Md. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*